[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-15817
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 9, 2012
JOHN LEY
CLERK

D.C. Docket No. 9:11-cr-80103-KAM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MANUEL AVILES-TORRES,

Defendant-Appellant.

_____

No. 11-15829
Non-Argument Calendar

_____

D.C. Docket No. 9:11-cr-80099-KAM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MANUEL AVILES-TORRES,
a.k.a. Ramon,
a.k.a. Chaparro,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(July 9, 2012)

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Jose Aviles-Torres in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Aviles-Torres's convictions and sentences are **AFFIRMED**.